**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DEREK LEE,                                    :    No. 16 WM 2017
                                              :
                Petitioner                    :
                                              :
                                              :
            v.                                :
                                              :
                                              :
                                              :
HONORABLE JUDGE DAVID R.                      :
CASHMAN,                                      :
                                              :
                Respondent                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of April, 2017, the Application for Leave to File Original Process and the "Petition for Writ of Mandamus (and/or Extraordinary Relief)" are **DISMISED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible).

     The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.